**In re James E. ROSS and William J. Lynch.**

No. 2009–1011.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

Phillip M. Pippenger, Leydig, Voit & Mayer, Ltd., of Chicago, IL, argued for appellants.

Janet A. Gongola, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With her on the brief were, Raymond T. Chen, Solicitor and William LaMarca, Associate Solicitor.

Before MAYER, GAJARSA, and DYK, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**Marlon W. WEBB, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3301.

United States Court of Appeals, Federal Circuit.

June 4, 2009.

Morris E. Fischer, Law Office of Morris E. Fischer, of Bethesda, MD, argued for petitioner.

Michelle A. Windmueller, Attorney, Law Department, Office of the General Counsel, United States Postal Service, of Washington, DC, argued for respondent. With her on the brief were Lori J. Dym, Chief Counsel, and Teresa A. Gonsalves, Attorney. Of counsel was Armando Rodrigues–Feo, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC.

Before MAYER, GAJARSA, and DYK, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.